UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| NATHAN TUCKER, on Behalf of Himself and All Others Similarly Situated, § § § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 4:17-cv-88-JHM |
| v. § | |
| § | |
| MOBILE MARKETING SOLUTIONS, INC. d/b/a BREWCO MARKETING GROUP, § § § | |
| Defendant. § | |

## ORDER GRANTING
## DEFENDANT'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Before the Court is Defendant's motion to dismiss this action with prejudice in accordance with the parties' Settlement Agreement and Release ("Settlement"). The parties submitted the Settlement to this Court on March 16, 2018, and the Court entered an order approving the Settlement on March 22, 2018. The Settlement provides that upon this Court's approval, this action should be dismissed with prejudice.

Accordingly, sufficient cause having been shown, **IT IS HEREBY ORDERED** that this action be dismissed with prejudice.

*[Signature: Joseph H. McKinley]*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

April 23, 2018

1

5167278v.1